■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. EDNA MEYROWITZ et al., Respondents, v. LENA ALPERN, Appellant.— Order, entered on February 14, 1961, sustaining a writ of habeas corpus, ordering that custody of the child be awarded to the parents and directing that respondent deliver the child to the parents, unanimously affirmed, without costs. On all of the evidence we agree with Special Term that the best interests of the child will be served by awarding custody to the parents. It is well, however, to reiterate the caveat of. Special Term to the father that any future outbursts of violence or disquieting incidents for which he may be responsible and which may tend to disrupt the tranquillity of the home environment can result in a reconsideration of the custody disposition and a return of the child to the abode of the grandmother. Settle order on notice providing for a stay until the child has completed the high school year in June, 1961. Concur — Breitel, J. P., Rabin, Valente, McNally and Bastow, JJ.

## (May 18, 1961)

■ (A) THE PEOPLE OF THE STATE OF NEW YORK v. NICHOLAS J. MARINACCIO. Concur — Botein, P. J., Rabin, McNally and Stevens, JJ. (B) THE PEOPLE OF THE STATE OF NEW YORK v. ISAIAH RAMBERT. (C) THE PEOPLE OF THE STATE OF NEW YORK v. LAWRENCE CARROLL. (D) THE PEOPLE OF THE STATE OF NEW YORK v. WESLEY WRIGHT. (E) THE PEOPLE OF THE STATE OF NEW YORK v. HEWLETT BRISTOL. Concur — Breitel, J. P., Rabin, Valente, McNally and Bastow, JJ.— [In each action] Motion for leave to appeal as a poor person granted to the extent and on the terms and conditions contained in the order of this court filed herein.

■ STEPHEN J. LEVITZ v. ROBBINS MUSIC CORPORATION et al.— Motion to dispense with printing granted on condition that the appellant hands up to the court on the argument or submission of the appeal six copies of the prior record on appeal, appellant's and respondents' points if he has them but, in no event, less than one copy of each. Defendants-respondents may furnish any deficiency in the number of copies handed up if they have them. Concur — Breitel, J. P., Rabin, Valente, McNally and Bastow, JJ.

■ ALPHA FINANCIAL ASSOCIATES v. JOSEPH T. WEISZ et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellants procure the record on appeal and appellants' points to be served and filed on or before August 15, 1961, with notice of argument for the September 1961 Term of this court, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Rabin, Valente, McNally and Bastow, JJ.

■ In the Matter of JAMES P. McDERMOTT v. STEPHEN P. KENNEDY, as Police Commissioner of the City of New York.— Motion for leave to defend as a poor person granted on condition that the petitioner-respondent serves one typewritten copy of his respondent's points on the Corporation Counsel of the City of New York and files six typewritten copies of his respondent's points with this court. Concur — Breitel, J. P., Rabin, Valente, McNally and Bastow, JJ.